IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KEITH L. WILLIAMS,<br><br>　　　　　　　Defendant. | 4:12CR3081<br><br>MEMORANDUM AND ORDER |

The defendant is investigating the opportunity for pretrial diversion. The defendant therefore moves to continue the progression and trial of this case. (Filing No. 15). Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

1)  The defendant's motion to continue, (filing no. 15), is granted, and the trial of this case, previously scheduled for December 10, 2012, is continued pending further order of the court.

2)  For the reasons set forth in the motion, the court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7).

3)  A status conference will be held before the undersigned magistrate judge on February 12, 2013 at 10:00 a.m. Unless the court later orders otherwise, the defendant may, but need not attend the status conference. If the defendant attends, the status conference will be held in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. If the defendant does not attend, the status conference will be held in chambers.

November 30, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge