IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:12CR3081 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| KEITH WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No.18). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to dismiss is granted; this action is dismissed without prejudice as to defendant Keith Williams.

DATED this 7th day of June, 2013.

BY THE COURT:

*s/Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge